IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

USC ENTERPRISE, LLC, an Arkansas
Limited Liability Company                                                    PLAINTIFF

v.                               Case No. 2:13-cv-18-KGB

SALAMAT SHAH
and ROOZIMAN SHAH                                                         DEFENDANTS

## ORDER

On February 14, 2013, the Court received a letter from Jessica J. Trail, counsel for plaintiff, requesting additional time to respond to the counterclaim filed by defendants (Dkt. No. 3). Ms. Trail has explained that her admission to this Court is currently pending and that she was not admitted prior to this case being removed. She has requested up to and including February 28, 2013, to file a responsive pleading to defendants' counterclaim. Ms. Trail's letter states that counsel for the defendants does not oppose this request, and he is copied on Ms. Trail's letter to the Court. For good cause shown, the motion is granted. Plaintiff shall have up to and including February 28, 2013, to respond to defendants' counterclaim.

SO ORDERED this the 15th day of February, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE